# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

150828 & (45)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

VELLA TRADER, Personal Representative of
Estate of Thelma L. DeGoede,
    Plaintiff-Appellee/
    Cross-Appellant,

v

COMERICA BANK,
    Defendant-Appellant/
    Cross-Appellee.

SC:  150828
COA:  317622
Kalamazoo CC: 2008-000191-CZ

_____/

On order of the Court, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk

p1214